**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ABDULLAH SPENCER EL DEY,

Plaintiff,

-against-

20 **CIVIL** 10377 (CS)

**JUDGMENT**

CHILDREN'S VILLAGE; BOY SCOUTS OF AMERICA,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 18, 2026, Defendant's motion to dismiss with prejudice is granted, effective today as to Defendant Boy Scouts of America and effective August 25, 2026 as to Defendant Children's Village (absent further order of the Court); accordingly, the case is closed.

**Dated:** New York, New York

August 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**